**Electronically Filed
Supreme Court
SCWC-17-0000072
14-NOV-2022
03:59 PM
Dkt. 10 ODAC**

SCWC-17-0000072

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

AARON ARBLES, ROBERT BAILEY, REUBEN CHUN, MICHAEL GAHAN,
MICHAEL HAYASHIDA, GARRET KOMATSU, GERALD KOSAKI, STEVE LOYOLA,
JERRY LUM, TY MEDEIROS, PAUL PAIVA, RAYMOND ROWE, JR.,
WARREN SUMIDA, and ALVIN TOBOSA,
Respondents/Appellants-Appellants,

vs.

MERIT APPEALS BOARD, COUNTY OF HAWAI'I; MITCH ROTH, MAYOR,
COUNTY OF HAWAI'I; and WAYLEN L.K. LEOPOLDINO,
DIRECTOR OF HUMAN RESOURCES, COUNTY OF HAWAI'I,
Petitioners/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000072; CIVIL NO. 16-1-0106)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/Appellees-Appellees' Application for Writ

of Certiorari, filed on September 30, 2022, is hereby rejected.

DATED: Honolulu, Hawai'i, November 14, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

